IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, § § § § Plaintiff, § § v. § Civil Action No. 4:17-cv-00853-O-BP § SYSONGKHAM INTHIRATH, et al., § § Defendants. § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Plaintiff's Motion for Remand Based on Lack of Subject Matter Jurisdiction (ECF No. 13) is **DENIED**. In accordance with the Magistrate Judge's recommendation, the Court hereby **ADOPTS** the order of Final Judgment of the 48th District Court of Tarrant County, Texas, in cause number 048-291119-17, signed on August 23, 2017, a true and correct copy of which should attach to this Order.

**SO ORDERED** on this **6th day** of **April, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE